DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE MANZO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1861

[January 28, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 502005CF004853AXXXMB.

Josue Manzo, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***